McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-00191-CKD |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND [PROPOSED] FINDINGS AND ORDER |
| v. | |
| MATTHEW CORE and TONI TINAY, | DATE: January 25, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |
| Defendants. | |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant, Toni Tinay, both individually and by and through her counsel of record, Noa Oren, hereby stipulate as follows:

1. The Complaint in this case was filed on September 21, 2018, and Defendant Toni Tinay first appeared before a judicial officer of the Court in which the charges in this case were pending on September 25, 2018. Defendant Matthew Core is not yet in federal custody and a warrant is out for his arrest. The court set a preliminary hearing date of December 13, 2018.

2. By a previous stipulations and orders, the Court continued the preliminary hearing date from October 9, 2018, to November 15, 2018, to December 13, 2018, and again to January 25, 2019, and excluded time. ECF 9, 14, & 17.

3. By this fourth stipulation, the parties jointly move for an additional extension of time of

STIPULATION 1

| | |
|---|---|
| 1 | the preliminary hearing date to February 15, 2019, at 2:00 p.m., before the duty Magistrate Judge, |
| 2 | pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.  The parties stipulate that the delay |
| 3 | is required to allow the defense reasonable time for preparation, and for the government's collection and |
| 4 | production of discovery and continuing investigation of the case.  For example, the government is |
| 5 | continuing to provide discovery relevant to this case.  Defense counsel needs additional time to review |
| 6 | and consider all the evidence and to conduct further investigation.  The parties further agree that the |
| 7 | interests of justice served by granting this continuance outweigh the best interests of the public and the |
| 8 | defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). |

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between January 25, 2019, and February 15, 2019, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  January 23, 2019                                  McGREGOR W. SCOTT
                                                                                 United States Attorney


                                                                                 /s/ ROBERT J. ARTUZ
                                                                                 ROBERT J. ARTUZ
                                                                                 Special Assistant U.S. Attorney


Dated:  January 23, 2019                                  /s/ NOA OREN
                                                                                 NOA OREN
                                                                                 Assistant Federal Defender
                                                                                 Counsel for Defendant
                                                                                 Toni Tinay

STIPULATION

2

| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ROBERT J. ARTUZ<br>Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-00191-CKD |
|---|---|
| Plaintiff, | [PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| MATTHEW CORE and<br>TONI TINAY, | DATE: January 25, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |
| Defendants. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on January 23, 2019. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to February 15, 2019, at 2:00 p.m.

[PROPOSED] FINDINGS AND ORDER 1

2. The time between January 25, 2019, and February 15, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: January 28, 2019

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE